UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNIVERSITY OF WISCONSIN<br>HOSPITAL AND CLINICS AUTHORITY,<br><br>                Plaintiff,<br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br>AETNA HEALTH AND LIFE INSURANCE<br>COMPANY, AETNA HEALTH INSURANCE<br>COMPANY, and DOES 1-4.<br><br>                Defendants. | Case No.: 3:14-CV-779 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Aetna Life Insurance Company, Aetna Health and Life Insurance Company, and Aetna Health Insurance Company (collectively "Aetna"), by its undersigned counsel, submit this Motion for Summary Judgment against the University of Wisconsin Hospitals and Clinics Authority, respectfully requesting that this Court enter an order granting summary judgment in its favor in its entirety, and awarding Aetna such other and further relief that this Court deems just and equitable, including, but not limited to, an award of its reasonable attorney's fees and costs.

Dated this 17th day of July, 2015.

Respectfully submitted,

Aetna Life Insurance Company, Aetna
Health and Life Insurance Company, and
Aetna Health Insurance Company

By: */s/ Jeffrey C. Clark*_____
      One of their attorneys

**GODFREY & KAHN S.C.**
Todd G. Smith
tsmith@gklaw.com

**MCGUIREWOODS LLP**
Jeffrey C. Clark
jclark@mcguirewoods.com

Mark W. Hancock
mhancock@gklaw.com
One East Main Street
Suite 500
Madison, WI 53701-2719
P: 608-257-3911
F: 608-257-0609

Brett W. Barnett
bbarnett@mcguirewoods.com
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
P: 312-849-8123
F: 312-698-4543