IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNIVERSITY OF WISCONSIN HOSPITALS AND CLINICS AUTHORITY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No. 14-cv-779-wmc |
| v. | |
| AETNA LIFE INSURANCE COMPANY, AETNA HEALTH AND LIFE INSURANCE COMPANY, AETNA HEALTH INSURANCE COMPANY AND DOES 1-4, | |
| Defendants. | |

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Aetna Life Insurance Company, Aetna Health and Life Insurance Company and Aetna Health Insurance Company granting in part their motion for summary judgment and dismissing this case.

| | |
|---|---|
|     s/V. Olmo, Deputy Clerk     |     1/25/2016     |
| Peter Oppeneer, Clerk of Court | Date |